UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNY MONDAY ) CASE NO. 1:22CV00262
)
　　　　Plaintiff, ) JUDGE JOHN R. ADAMS
)
vs. )
WINDHAM PROFESSIONAL, INC., )
) **ORDER OF DISMISSAL**
　　　　Defendant. )
)
)
)

　　　　The parties informed the Court that this matter has been resolved in its entirety. Therefore,

the docket will be marked "settled and dismissed without prejudice." The parties may submit

within forty-five (45) days a proposed entry setting forth different terms and conditions relative to

the settlement and dismissal of this case, including dismissing the case with prejudice, which, if

approved, shall supplement this order.  This Court retains jurisdiction over the settlement.

　　　　IT IS SO ORDERED.


　　　　DATED:  April 27, 2022　　　　　　　　/s/ John R. Adams
　　　　　　　　　　　　　　　　　　　　　　Judge John R. Adams
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT